**Order filed August 19, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00047-CV

_____

**GREENBERG TRAURIG, LLP, Appellant**

**V.**

**NATIONAL AMERICAN INSURANCE COMPANY AND OKIE FOUNDATION DRILLING CO., INC., Appellee**

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2013-39837**

---

## O R D E R

The clerk's record was filed February 6, 2014, and a supplemental record was filed May 15, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). Accordingly, we issue the following order:

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **August 26, 2014**, containing the **one-page ORDER signed**

**December 26, 2014 denying Plaintiffs' Alternative Motion to Compel Defendants DePalma and FisherBroyles to Arbitration, and imaged under number 58939193**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM